UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. Case Number: 07 MJ 2323 |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | Title 21, U.S.C., Secs. 952 and 960 |
| Juan Manuel Nicasio-CAMARILLO ) | Importation of Methamphetamine and |
| Defendant. ) | Cocaine |

The undersigned complainant being duly sworn states:

<u>Count 1</u>

On or about September 25th, 2007, within the Southern District of California, defendant CAMARILLO did knowingly and intentionally import approximately 3.34 pounds (1.52 kilograms) of Methamphetamines and 5.24 pounds (2.38 kilograms) of Cocaine, both Schedule II Controlled Substance(s), into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

US ICE Special Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 26th DAY OF SEPTEMBER, 2007.

MAGISTRATE JUDGE

## STATEMENT OF FACTS

On September 25th, 2007, at approximately 12:30 p.m., Juan Manuel Nicasio-CAMARILLO entered the United States from the Republic of Mexico at the Otay Mesa Port of Entry, San Diego, CA. CAMARILLO was the driver of a blue Nissan Sedan bearing Baja Mexico license plate BEB7037. US Customs and Border Protection (CBP) Canine Enforcement Officer (CEO) Don Mitchell was assigned to Pre Primary K-9 Operations, when "Nero" (CE30), alerted to a blue Nissan Sedan bearing BAMX/BEB7037. CEO Mitchell notified CBP Officer Alexander Vitela of the K-9 alert.

CBPO Vitela made contact with CAMARILLO. When asked, CAMARILLO claimed ownership of the vehicle, gave (2) negative Customs declarations, stated that he had owned the vehicle for (3) months and stated that he was enroute to San Ysidro, California. When asked, CAMARILLO presented his border crossing card and relinquished the keys to the vehicle. A cursory inspection of the vehicle revealed a non factory compartment in the driver side quarter panel area. CAMARILLO was handcuffed and escorted to the security office.

CBPO Richard Evans was assigned to inspect the vehicle and discovered a total of (3) packages, (1) package containing a white crystalline substance that field tested positive for methamphetamine and (2) packages that field tested positive for cocaine. The packages were secreted in non factory compartment(s) located on the driver & passenger side quarter panel area(s). The (2) cocaine package weighed approximately 2.38 kilograms (5.24 lbs) and the (1) methamphetamine package weighed approximately 1.52 kilograms (3.34 lbs).

Post Miranda, CAMARILLO stated that he had befriended a person whom he had purchased drugs from previously, that had previously offered him employment to smuggle drugs for payment, that, that person had control of the vehicle for the past (3) months and (2-3) months

prior had placed the narcotic loaded vehicle in his name. CAMARILLO stated that he was not told what the vehicle contained, but imagined the vehicle contained illegal drugs and thinks that he was to receive the vehicle as payment for participating in the smuggling venture. CAMARILLO was arrested and charged with violations of Title 19 USC sections 952 & 960, Importation of Methamphetamine & Cocaine and booked into the Metropolitan Correctional Center, San Diego.