FILED
OCT 30 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Criminal Case No. 07CR2925-JAH |
|                                   ) | |
| Plaintiff,    ) | I N F O R M A T I O N |
|                                   ) | |
| v.                                ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony); Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (Felony) |
|                                   ) | |
| JUAN MANUEL NICIASIO-CAMARILLO,   ) | |
|                                   ) | |
| Defendant.    ) | |
|                                   ) | |

The United States Attorney charges:

Count 1

On or about September 25, 2007, within the Southern District of California, defendant JUAN MANUEL NICIASIO-CAMARILLO, did knowingly and intentionally import 500 grams or more, to wit: approximately 2.38 kilograms (5.24 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

CJB:kmm:San Diego
10/11/07

<u>Count 2</u>

On or about September 25, 2007, within the Southern District of California, defendant JUAN MANUEL NICIASIO-CAMARILLO, did knowingly and intentionally import 50 grams or more, to wit: approximately 1.52 kilograms (3.34 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 10/30/07

KAREN P. HEWITT
United States Attorney

*J. Moore for*
CARLA J. BRESSLER
Assistant U.S. Attorney