AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
OCT 30 2007

UNITED STATES OF AMERICA

v.

JUAN MANUEL NICIASIO-CAMARILLO

**WAIVER OF INDICTMENT**

CASE NUMBER: 07cr2925JAH

I, JUAN MANUEL NICIASIO-CAMARILLO, the above-named defendant, who is accused of committing the following offenses:

Count 1: Importation of Cocaine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony).

Count 2: Importation of Methamphetamine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 10/30/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X JUAN MANUEL NICASIO C.
Defendant

_____
Defense Counsel

Before _____
Judicial Officer