MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs __Juan Manuel Niciaso-Cemarillo__ No. __07CR2925-JAH__

The Court finds excludable delay, under the section indicated by check (✓),
commenced on __11-15-07__ and ended on __2/4/08__
_____ and ended on _____

3161(h)
- ___ (1)(A)  Exam or hrg for mental or physical incapacity — A
- ___ (1)(B)  NARA examination (28:2902) — B
- ___ (1)(D)  State or Federal trials or other charges pending — C
- ___ (1)(E)  Interlocutory appeals — D
- ___ (1)(F)  Pretrial motions (from flg to hrg or other prompt dispo) — E
- ___ (1)(G)  Transfers from other district (per FRCrP 20, 21 & 40) — F
- ___ (1)(J)  Proceedings under advisement not to exceed thirty days — G
- ___        Misc proc: Parole or prob rev, deportation, extradition — H
- ___ (1)(H)  Transportation from another district or to/from examination or hospitalization in ten days or less — 6
- _X_ (1)(I)  Consideration by Court of proposed plea agreement — (7)
- ___ (2)    Prosecution deferred by mutual agreement — I
- ___ (3)(A)(B)  Unavailability of defendant or essential witness — M
- ___ (4)    Period of mental or physical incompetence of defendant to stand trial — N
- ___ (5)    Period of NARA commitment or treatment — O
- ___ (6)    Superseding indictment and/or new charges — P
- ___ (7)    Defendant awaiting trial of co-defendant when no severance has been granted — R
- ___ (8)(A)(B)  Continuances granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance — T
- ___ (8)(B)(I)  1) Failure to grant a continuance in the proceeding would result in a miscarriage of justice and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. (Continuance - miscarriage of justice) — (T1)
- _X_         2) Failure to grant a continuance of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted. (Continuance - tendered a guilty plea)
- ___ (8)(B)(ii)  2) Case unusual or complex — T2
- ___ (8)(B)(iii)  3) Indictment following arrest cannot be filed in thirty (30) days — T3
- ___ (8)(B)(iv)  4) Continuance granted in order to obtain or substitute counsel, or give reasonable time to prepare (Continuance re counsel) — T4
- ___ 3161(I)  Time up to withdrawal of guilty plea — U
- ___ 3161(b)  Grand jury indictment time extended thirty (30) more days — W

Date __11-15-07__                               _____
                                                  Judge's Initials